

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:     Brandy Brenay Charles and Ronald Dwayne Whitfield
                         v. Texas Department of Family and Protective Services

Appellate case number:   01-18-00311-CV

Trial court case number: 2017-02559J

Trial court:             314th District Court of Harris County

On December 20, 2018, appellants Brandy Brenay Charles and Ronald Dwayne Whitfield filed a pro se "Amendment & Supplemental to Emergency Motion to Set Aside Void Judgment," with a separate cover letter, in this case and the related appellate cause number 01-18-00485-CV. With respect to this case, this Court's judgment was issued on May 8, 2018, and our mandate was issued on December 20, 2018.

This Court lacks jurisdiction to consider this motion because its plenary power has expired. This Court's plenary power expired 30 days after it dismissed appellants' pro se motions for rehearing/en banc reconsideration as moot on August 28, 2018. *See* TEX. R. APP. P. 19.1(b). After the expiration of its plenary power, this Court cannot vacate or modify its judgment and Rule 19.3 limits this Court to items such as correcting clerical errors in its judgment/opinion. *See* TEX. R. APP. P. 19.3(a)-(d). Because appellants' "Amendment & Supplemental to Emergency Motion to Set Aside Void Judgment" does not fall under one of the permitted post-plenary power items under Rule 19.3, it must be dismissed.

Accordingly, appellants' emergency motion is **dismissed** for lack of jurisdiction.

Judge's signature: ____/s/ Laura C. Higley_____
                    x  Acting individually ☐ Acting for the Panel
Date: ____January 24, 2019_____